IN THE SUPREME COURT OF NORTH CAROLINA

No. 312A15

Filed 18 March 2016

STATE OF NORTH CAROLINA

v.

CHARLES DIONE WARREN

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___,  775 S.E.2d 362 (2015), affirming an order entered on 3 September 2014 and a judgment entered on 3 July 2014, both by Judge Richard T. Brown in Superior Court, Johnston County.  Heard in the Supreme Court on 16 February 2016.

*Roy Cooper, Attorney General, by Teresa M. Postell, Assistant Attorney General, for the State.*

*Bryan E. Gates, Jr. and John J. Korzen for defendant-appellant.*

PER CURIAM.

AFFIRMED.